**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

MARY S. KAPPES,
WAYNE L. KAPPES,

Plaintiffs,

v.

MARY K. HOLM, M.D.,
SIRI J. FIEBIGER, M.D.,
A. DOUGLAS LAUNDERS, M.D.,
DAKOTA CLINIC, LTD.,

Defendants.

Civil No. 00-1458 (DWF/RLE)

**AMENDED**
**ORDER OF DISMISSAL**

The court having been advised by counsel that the above case has been resolved,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for ninety (90) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: October 17, 2000

DONOVAN W. FRANK
Judge of United States District Court

Filed OCT 17 2000
Francis E. Dosal, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______