UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
SIXTH DIVISION

---

Mary S. Kappes and Wayne L. Kappes,

Plaintiffs,

v.

Mary K. Holm, M.D.,
Siri J. Fiebiger, M.D.,
A. Douglas Landers, M.D., and
Dakota Clinic, Ltd.,

Defendants.

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND ORDER OF DISMISSAL**

Civil No.: 00-1458 (DWF/RLE)

---

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between plaintiffs and defendants, acting through their respective undersigned attorneys, that the above-captioned action may be and hereby is dismissed without prejudice and without costs to any party.

**JOHNSON & LINDBERG, P.A.**

Dated: 10-13-00

By: [signature]
Michael C. Lindberg (#63307)
Mark J. Peschel (#160921)
Suite 1610, 8500 Tower
8500 Normandale Lake Boulevard
Minneapolis, MN 55437-3828
(952) 897-5757
Attorneys for Plaintiffs

FILED OCT 30 2000
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

**VOGEL, WEIR, HUNKE & McCORMICK, LTD.**

Dated: 10-16-00

By: Angie E. Lord

H. Patrick Weir (#20917X)
Angie E. Lord (#027494X)
502 First Avenue North
P.O. Box 1389
Fargo, ND 58107-1389
(701) 237-6983
Attorneys for Defendants

## ORDER OF DISMISSAL

Based upon the foregoing Stipulation of Dismissal without prejudice entered into between plaintiffs and defendants,

**IT IS HEREBY ORDERED** that the above-entitled action be and hereby is dismissed without prejudice and without costs to any party.

Dated this 30th day of October, 2000

**BY THE COURT:**

Donovan W. Frank
United States District Court Judge